O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO CASTILLO and BERTHA CASTILLO,<br><br>              Plaintiffs,<br>      v.<br><br>MAXIMUM EXPRESS MORTGAGE CORPORATION, et al.,<br><br>              Defendants. | Case No. 2:12-cv-04764-ODW(PLAx)<br><br>**ORDER DISMISSING ACTION FOR LACK OF STANDING** |

On July 10, 2012, the Court ordered the Castillos to show cause no later than August 9, 2012, why this action should not be dismissed for lack of standing. (ECF No. 15.) Having received no response from Plaintiffs, the Court now **DISMISSES** this action for the reasons discussed in the Court's OSC.

**IT IS SO ORDERED.**

August 16, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**